IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JANE DOE NO. 1,<br><br>Plaintiff,<br>-v-<br><br>GREAT FALLS PUBLIC SCHOOLS,<br><br>Defendant. | CV-21-09-GF-BMM<br><br>**ORDER** |

On October 21, 2021, the Defendant, produced to the Court for *in camera* review the original school documents of C.M. (Doc. 19.) Accordingly,

**IT IS HEREBY ORDERED** the Defendant will produce to the Plaintiff, the documents that were submitted to the undersigned for *in camera* review, subject to a protective order. **IT IS ALSO ORDERED** that the parties will provide the Court with a proposed protective order.

DATED this 21st day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court