IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JANE DOE NO. 1,<br><br>Plaintiff,<br><br>v.<br><br>GREAT FALLS PUBLIC SCHOOLS,<br><br>Defendant. | CV-21-09-GF-BMM<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 44), IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, and each party to bear their own expenses, costs and attorney's fees.

DATED this 24th day of May, 2022.

_____
Brian Morris, Chief District Judge
United State District Court

1